1000

No. 75–1427. Air Line Pilots Association, International v. Wells et al. C. A. 5th Cir. Motion of respondent Wells for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–1024. Citizens for Parental Rights et al. v. San Mateo County Board of Education et al., *ante,* p. 908;

No. 75–1038. Diamond National Corp. v. State Board of Equalization of California, *ante,* p. 268;

No. 75–1061. Western Grain Co. v. Alabama, 424 U. S. 960;

No. 75–1068. Lea Associates, Inc. v. United States, *ante,* p. 912;

No. 75–1169. Gabriel v. Levin et al., *ante,* p. 913;

No. 75–5895. Pritchett et al. v. Georgia, *ante,* p. 938;

No. 75–6384. Taylor v. Alabama, *ante,* p. 942; and

No. 75–6442. McDonald v. Tennessee, *ante,* p. 955. Petitions for rehearing denied.

No. 75–1163. Shade v. Public Utilities Commission of California et al., *ante,* p. 928. Petition for rehearing denied. Mr. Justice Blackmun took no part in the consideration or decision of this petition.

No. 75–6024. Morgan v. United States, *ante,* p. 905. Motion for leave to file petition for rehearing denied.

May 25, 1976

No. 75–6620. White v. City of Norfolk. Sup. Ct. Va. Certiorari dismissed under this Court's Rule 60.